UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 2:13-cv-00030-FDW

| | |
|---|---|
| REBECCA JOY HAMBY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) ORDER |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) ) |

**THIS MATTER** is before the Court on Plaintiff's Motion to Dismiss Without Prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. (Doc. No. 10). Plaintiff gives notice to the Court of a Stipulation of Dismissal under Rule 41(a)(1)(A)(ii); however, Plaintiff failed to submit both parties' signatures. Because Plaintiff submits that Defendant has consented to the dismissal, (Doc. No. 10), rather than deny the Motion, the Court finds the terms of the Motion proper and GRANTS Plaintiff's Motion to Dismiss Without Prejudice pursuant to Rule 41(a)(1)(b). The Clerk is respectfully DIRECTED to CLOSE THE CASE.

IT IS SO ORDERED.

Signed: May 5, 2014

Frank D. Whitney
Chief United States District Judge